```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CIVIL ACTION |
| v. | NO. 4:09-CR-006-CAP |
| | |
| HOWARD GREGORY CORDELL, | |
|     Defendant. | |

### **O R D E R**

This matter is before the court on the report and recommendation of the magistrate judge [Doc. No. 170] and the defendant's amended motion seeking an order to transport the defendant to pay his last respects to his dying mother [Doc. No. 174]. After carefully considering the entire record and the report and recommendation of the magistrate judge reporting that the defendant is competent to stand trial and recommending that the defendant's case be placed on a trial calendar [Doc. No. 170], and having carefully considered the objections thereto [Doc. Nos. 177 and 179], the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

As to the motion to transport [Doc. No. 174], as the defendant's mother is now deceased, the motion is DISMISSED as MOOT.

SO ORDERED, this <u>29th</u> day of June, 2011.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL JR.
United States District Judge